In the Matter of CITY OF RYE, Respondent, v DAVID P. KULIG et al., Appellants.

Gibbons, J. P., Weinstein, Brown and Niehoff, JJ., concur.